IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20649
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus,

CYPRIAN NMI MAMMAH,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-226-1
- - - - - - - - - -

May 16, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Cyprian Mammah appeals his convictions for making false statements and bank fraud. 18 U.S.C. §§ 1014, 1344. He contends that the district court abused its discretion in admitting evidence under FED. R. EVID. 404(b). We find no reversible error. *See United States v. Beechum*, 582 F.2d 898, 914 (5th Cir. 1978) (*en banc*), *cert. denied*, 440 U.S. 920 (1979).

**AFFIRMED**

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.